# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

In the Interest of A.G., a child.

M.G.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
STATEWIDE GUARDIAN AD LITEM OFFICE,

Appellees.

No. 2D2025-2816

———————————————

March 4, 2026

Appeal from the Circuit Court for Hillsborough County; Richard H. Martin, Judge.

David A. Dee, Tampa, for Appellant.

Mary Soorus of Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Sarah Todd Weitz, Senior Attorney, Statewide Guardian Ad Litem Office, Tallahassee, for Appellee Statewide Guardian Ad Litem Office.

PER CURIAM.

Affirmed.

SILBERMAN, MORRIS, and BLACK, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.